UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1691

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No._____ |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | |
| **Francisco Moreno SAUCEDO** ) | Title 8, U.S.C., Section |
| ) | 1324(a)(2)(B)(iii)- |
| Defendant. ) | Bringing in Illegal Alien |
| ) | Without Presentation |

The undersigned complainant being duly sworn states:

On or about **May 28, 2008**, within the Southern District of California, defendant **Francisco Moreno SAUCEDO**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Rosa Elena GILES-Martinez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **29th** DAY OF **MAY, 2008**.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Rosa Elena GILES-Martinez** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 28, 2008, at approximately 0427 hours, **Francisco Moreno SAUCEDO (Defendant)** made application for admission into the United States from Mexico at the San Ysidro, California Port of Entry via the vehicle primary lanes. Defendant was the driver and sole visible occupant of a burgundy Buick Le Sabre. Upon inspection before a Customs and Border Protection (CBP) officer, Defendant presented a photo-copy of his California driver license and claimed United States citizenship. The CBP officer obtained a negative customs declaration from Defendant who claimed ownership of the vehicle and stated that he was en route to his place of employment. The CBP Officer obtained the vehicle keys from Defendant and proceeded to inspect the vehicle. The CBP Officer was unable to open the trunk with the supplied keys and conducted an inspection of the rear seat. Upon inspection, the CBP Officer noticed the cushioning of the rear seat appeared tampered with, removed and hollowed out. The CBP Officer returned the keys to Defendant and instructed him to drive the vehicle to secondary inspection. Defendant was unable to re-start the vehicle. Defendant was instructed by the CBP Officer to push the vehicle to secondary inspection. The CBP Officer escorted the vehicle and Defendant to secondary inspection.

In secondary inspection, the CBP Officer conducted a more thorough inspection of the vehicle and discovered one female concealed under the front bench seat of the vehicle which appeared to have been modified. The front bench seat and floor board had been altered to create a space to conceal the female and a non-factory steel frame was affixed to the front bench seat. Non-factory hinges were also affixed to the two front posts for easy accessibility and movement of the front bench seat. The front seat was tilted forward in order to extract the female from the space. The concealed female was determined to be a citizen of Mexico without legal documentation to enter the United States and is now identified as **Rosa Elena GILES-Martinez (Material Witness)**.

During a videotaped interview, Material Witness declared she is a citizen of Mexico without legal rights or entitlements to enter the United States. Material Witness stated she was going to pay $2,300 U.S. dollars to be smuggled into the United States. Material Witness stated she was going to San Diego, California to seek employment.