UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. 08mj1691 |
| | ) | ORDER 08CR1930-LAB |
| vs. | ) ) | RELEASING MATERIAL WITNESS |
| Francisco Moreno Saucedo | ) ) | Booking No. 08656298 |
| Defendant(s) | ) ) | |

On order of the United States District/Magistrate Judge,   CATHY ANN BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Rosa Elena Giles-Martinez

DATED: 6/12/08

CATHY ANN BENCIVENGO
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by /s/ Hernandez
     Deputy Clerk
   L. HERNANDEZ

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062